IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT S. KANLI, | ) | Criminal No. 1:13MJ764 |
| a.k.a. "Robert S. MARTIN," | ) | |
| a.k.a. "Anthony POJOY," | ) | |
| a.k.a. "Leandro PEREZ," | ) | |
| Defendant. | ) | |

**Affidavit in Support of a Criminal Complaint**

I, Lauritz Anders Austensen, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I am a Special Agent of the United States Diplomatic Security Service, the
law enforcement branch of the United States Department of State.  I have been a Special
Agent with DSS since 2006.  I completed the Basic Criminal Investigation Training
Program at the Federal Law Enforcement Training Center in 2005, and completed the
Basic Special Agent Course at the Diplomatic Security Training Center in 2006.

2.      I present this Affidavit in support of a criminal complaint and arrest
warrant charging ROBERT STANTON KANLI, formerly known as "Robert Stanton
Martin", a.k.a. "Anthony POJOY", a.k.a. "Leandro PEREZ" with threatening, through
interstate or foreign communication, officials of a United States Embassy in violation of
18 U.S.C. § 875 (c).

3.      This Affidavit contains information necessary to support a finding of

probable cause, and is based on my personal observations during the course of this investigation, information conveyed to me by other law enforcement officials, and my review of records, documents, and information received as a result of subpoenas, and other physical evidence obtained during this investigation. This affidavit does not include each and every fact observed by me or known by the United States Government.

## OVERVIEW

4.      On September 12, 2013, the Regional Security Officer at U.S. Embassy Pristina, Kosovo was notified of a series of threats emailed to the American Citizen Services (ACS) mailbox. These threats (comprising 20 separate threatening emails) were part of a series of 115 emails sent by the same individual to the ACS mailbox regarding his application for a replacement passport.

5.      The sender of the emails, Robert KANLI (hereafter referred to in this Affidavit as "KANLI"), is an American citizen (born Robert Martin Stanton XX/XX/1981 in La Mirada, CA), who has spent several years traveling throughout Europe, Asia, and the Middle East, and who currently lives in Pristina, Kosovo. He has one felony conviction in the U.S. for "false instruments"; to wit: stolen and/or altered credit cards from an arrest on the U.S./Canada border in 2010. KANLI has also had several misdemeanor charges against him in central Europe.

6.      Based on the threats emailed to the U.S. Embassy and the Consular Officer, and following notification of these threats from the Regional Security Office (RSO) at U.S. Embassy Pristina to the Government of Kosovo (per Diplomatic Security Service and U.S. Embassy standard operating procedure), KANLI was arrested by the

Kosovo National Police for threatening a foreign diplomatic mission in violation of Article 185, Paragraph 3 of the Criminal Code of Kosovo, and remains in Kosovar custody in Pristina.

## THREATS TO CONSULAR OFFICER AT EMBASSY PRISTINA

7.      According to email records maintained by the Consular and Regional Security sections of the United States Embassy in Pristina, Kosovo, KANLI began email correspondence with Embassy Pristina on July 29, 2013, by sending an email from his personal email account, kanli.robert@gmail.com, requesting an appointment to replace his passport to the "Consular, Pristina" mailbox (ConsularPristina@state.gov).  As there is no Consular Section in Pristina, this mailbox is monitored, and emails responded to, by a Consular Officer in Skopje, Macedonia, who travels regularly to Pristina to conduct consular business, such as visa interviews, passport application interviews, and American Citizen Services.

8.      Based upon KANLI's history of losing passports (this was the fifth passport he has held since 2005), and because in 2011 he had submitted a fraudulent Affirmation of Renunciation of Nationality of United States to the Israeli Ministry of the Interior in East Jerusalem in an attempt to gain Israeli citizenship, Consular Pristina would not immediately issue KANLI a new passport, and informed KANLI of this via email.  KANLI then replied to the Consular Pristina mailbox requesting a refund for his passport application fee of $56.00.  As this fee is non-refundable, as stated on the Department of State website, the Consular Officer responded to KANLI by explaining the non-refundable administrative processing fee policy.

3

9.      Following this response, KANLI's emails quickly became increasingly aggressive, and on Saturday, September 14, 2013, KANLI specifically identified the Consular Officer as the target of his threatening statements ("DEAR CONSULAR OFFICER: ARE YOU READY FOR DEATH?"; September 14, 2013, 9:50PM).

10.     Also on September 14, 2013, KANLI directly threatened a United States Official in the performance of his duties; to wit: the Consular Officer assigned to perform consular services at Embassy Pristina ("I BUY SILENCER AND SHOOT YOU DEAD"; September 14, 2013, 9:54PM).

11.     Over the course of the next 72 hours, KANLI sent 39 emails to the Consular Officer via the Consular, Pristina mailbox, of which at least 20 contained direct threats. These threats included, but were not limited to, the following statements:

-"IF I CAN'T FIND GUN, I WILL SLICE YOUR THROAT EAR TO EAR"
(September 14, 2013, 9:55PM)

"I SWEAR TO GOD: YOU WILL BE DEAD BY MY HANDS"
(September 14, 2013, 9:58PM)

-"IF I HAVE A CHANCE TO MURDER YOU, THEN I'LL MURDER YOU"
(September 14, 2013, 10:14PM)

-"I'M GOING TO MURDER YOU IF IT'S THE LAST THING I DO"
(September 15, 2013, 7:59PM)

"I'M GOING TO SLICE YOUR FUCKING THROAT OPEN"
(September 16, 2013, 10:30PM)

12.     On Monday, September 16, 2013, KANLI further demonstrated his

4

intention to harm the Consular Officer at a specific time and place by emailing the following two messages:

> -"DO YOU EXIT THE EMBASSY AT 5PM AFTER WORK?"
>
> (September 16, 2013, 4:16PM)
>
> -"I'M GONNA COME LOOKING FOR YOU AFTER WORK BITCH"
>
> (September 16, 2013, 4:16PM)

13.     On November 11, 2013, I was notified by Google, Inc., in a response to a subpoena for subscriber information, that KANLI logged on to his personal email account, kanli.robert@gmail.com, using internet service provided at internet protocol (IP) address **46.19.230.11** on Monday, September 16, 2013, at 21:42:43 UTC (10:42PM CET/local time in Pristina), and logged off again at 22:47:17 UTC (11:47PM CET/local time in Pristina). During this time (specifically at 10:43PM CET/local time in Pristina on Monday, September 16, 2013), KANLI sent an email to the Consular Officer via the email address ConsularPristina@state.gov from his personal email account, kanli.robert@gmail.com. This email contained the specific threat "DEAR US EMBASSY: I'M GOING TO MURDER YOU" in the subject heading.  Attached to this email was a .jpg file containing a scan of KANLI's Kosovo National ID card, bearing a photograph that appears to be of the same individual as shown in KANLI's applications for U.S. Passports, as well as KANLI's date and place of birth.

14.     On November 25, 2013, I was notified by the Kosovo Police, through the Regional Security Office in Pristina, Kosovo, that per a response to a subpoena or legal demand by the Kosovo Police, this particular IP address, **46.19.230.11**, is owned and

assigned by the residential internet service provider Kujtesa.net, and that this IP address

was assigned to the personal internet service that KANLI used to log into his personal

email account, kanli.robert@gmail.com at the specific residential location "Mbretresha

Teuta, Mitrovica Center" in Pristina, Kosovo; to wit, the address that KANLI is known to

have occupied at that time, and at which address KANLI had paid for internet service

under exclusive contact with Kujtesa.net.

## DOCUMENTED CRIMINAL HISTORY

15.     According to American Citizen Services' records, KANLI was arrested in

Macedonia near the Macedonia-Kosovo border for a physical altercation in February

2013, and ordered to pay a fine.  Although he initially fled to Kosovo in violation of a

court order, KANLI was returned to Macedonia, appeared before a judge, and paid the

fine.

16.     A search of criminal record databases; specifically, the Treasury

Enforcement Communications System (TECS) and the National Crime Information

Center (NCIC), revealed that KANLI was also arrested under his previous name, Robert

S. MARTIN, on June 30, 2010, in Port Huron, Michigan, as he crossed the US-Canada

border.  Your affiant spoke with the arresting officer from the Port Huron Police

Department (PHPD), who confirmed verbally and through written reports and records that

KANLI had attempted to enter into Canada, but was turned back for insufficient

identification.

17.     According to these records, KANLI was then detained by U.S. Customs

and Border Protection (CBP) following a search of his vehicle, as allowed upon entry to

6

the United States at any port of entry, which revealed several identity documents and credit cards issued people other than himself, as well as several laptops and hard drives with photographs of scanned identity documents belonging to other people.

18. Additionally, a search of KANLI's computer and hard drives revealed a "To Do" list, which began with the killing or injury of Rev. Mark Gravrock. CBP contacted Mr. Gravrock, who indicated that he did know KANLI, but was previously unaware of KANLI's intent on killing him. KANLI was subsequently arrested by the Port Huron Police, and charged and convicted of Grand Larceny (fraudulent use of credit cards/false instruments) at the felony level.

## FRAUDULENT USE OF OTHER IDENTITIES

19. KANLI has a history of using versions of his true identity, as well as identities of other people, both real and fictitious, to travel and conduct personal business. KANLI has American Citizen Services (ACS) records under two versions of his own name, to include the following:

-Martin, Robert Stanton (True name at birth)

-Kanli, Robert Stanton (True/legally changed name)

Additionally, at the time of his arrest in Port Huron, MI, KANLI had in his possession credit cards under the following names:

-Perez, Leandro (Record checks showed an individual by this name living at KANLI's address, and one other individual (75 years of age) with the same name living in San Bernardino, CA. No other name matches.)

-Kennedrick Reun (Record checks revealed an individual by this name

7

living at KANLI's mother's address, but no Social Security number or date of

birth could be found that would indicate a real person with this identity. No other

name matches.)

-Anthony Pojoy (record checks revealed an individual by this name living

at KANLI's address, but no Social Security number or date of birth could be

found that would indicate a real person with this identity. No other name

matches.)

20.     In addition to these documents, KANLI also had a letter from Chase Bank

to a Danny Montero, who KANLI initially claimed not to know.  He later claimed that

Montero was his roommate, but that he had no number to reach Montero, and no contact

with him, and that their lease on the apartment had been terminated.  He also claimed to

know of no family members or friends of Montero that could assist in contacting him.

21.     KANLI did admit to using the three credit cards under other names, stating

to PHPD officers that he knew that the credit cards were "no good" because he had tried

them. When asked by Port Huron Police officers why he had them, KANLI replied "To

make money."

22.     According to the American Citizen Services activity log on September 19,

2013, the Regional Security Officer from Embassy Pristina, the Kosovar prosecutor, and

arresting Kosovar officers reviewed the evidence seized from KANLI's residence at the

time of his arrest, which included (but was not limited to) the following items:

-Credit cards, debit cards, membership cards, and university transcript envelopes

under various names, to include (but not limited to):

8

1. James McDougal

2. Robin Calzado

3. Michael Gogulski

4. Wilbert Cruzrivera

5. Kelvin Lombardo

6. Terry Stewart

-Laptop and desktop computers, internal and external hard drives, scanners, and printers

-Magnetic strip and card readers of the type used to read information on credit cards or identification cards

-Metal seal embosser of the type used to emboss official seals or engrave names

-Withdrawal receipts from several different banks

-Liberty College documents.

23.     According to the United States Department of State, Bureau of Consular Affairs (CA) records, KANLI submitted an Affirmation of Renunciation of Nationality of United States to the Ministry of the Interior in East Jerusalem, Israel in April 2011, stating that he had renounced his American citizenship and was petitioning for Israeli citizenship.  According to these records, the Ministry of the Interior contacted the U.S. Embassy in Tel Aviv to confirm the authenticity of the document, at which time the Consular section at Embassy Tel Aviv confirmed that KANLI had not executed a renunciation of his citizenship, and that the document submitted by KANLI to the Ministry of the Interior appeared to have been altered; and was therefore fraudulent.

9

24.     According to communication I received from Consular and Regional Security officials at Embassy Tel Aviv, investigators performing record checks on KANLI in April 2011, discovered an advertisement placed in the online classified website www.classads.co/il, which read:

> "I will come to Israel in about one week and am looking for an Israeli wife. I like conversations, companionship, and good company. I am looking for a non-sexual wife only. You can also recieve from me American citizenship in the future after our marriage. Sincerely, Robert robertkanliii@gmail.com P.S. I am looking to get married in March or April!
>
> Contact: robert kanli
>
> Email: robertkanliii@gmail.com Phone: +001 323 638 7183
>
> City: Jerusalem          Country: Israel
>
> Date: 24/Feb/2011*

25.     According to documents sent by KANLI in support of his application for renewal of a U.S. Passport and official change of name, KANLI married Larissa KANLI (nee Ovtserenko), an Estonian citizen of Russian descent, in 2007.   KANLI then adopted her last name, which she had continued to use following her divorce from her previous husband; it had been her previous husband's last name. They divorced in 2011.

## CONCLUSION

26.     Robert KANLI, a.k.a. Robert Stanton Martin, has been engaged in fraudulent activities under his own and other identities, to include the use of fraudulently obtained credit cards to support his activities and travel, and has made elaborate attempts

to assume other identities in order to cover up his activities.  I believe, based upon KANLI's written communications, that it was KANLI's intent to injure or kill an officer of the United States as a retaliatory act in response to that officer's refusal to immediately issue a sixth United States Passport to KANLI.  I also believe, based on KANLI's pattern of behavior and criminal history, and on the materials seized from KANLI's residence at the time of his arrest, that it was KANLI's intent to use identities other than his own to commit fraudulent activity.

27.     Based on the foregoing, I believe there to be probable cause to believe that on September 16, 2013, Robert S. Kanli, a.k.a. Robert S. Martin, did knowingly and willfully threaten, via interstate and foreign communication, to kill an officer of the United States Government, in violation of 18 U.S.C. § 875 (c).

28.     Robert KANLI has no identifiable current address in the United States. Public record checks performed by your affiant; specifically CLEAR and ACCURINT, reveal several addresses associated with KANLI, but upon further investigation, all were revealed to be the sites of mailbox rental businesses.  Additionally, KANLI is known, via border transit records and by his own admission, to have been living in and traveling throughout Europe, without having re-entered the United States, during the period in which these addresses are associated with him.

29.     Robert KANLI, a United States citizen living abroad, will be first brought to Dulles International Airport, within the Eastern District of Virginia if and when he is expelled from Kosovo after the resolution of their charges.


Lauritz Anders Austensen
Special Agent
U.S. Diplomatic Security Service

Subscribed and sworn before me this 16th day of December 2013.


_/s/_____
Ivan D. Davis
United States Magistrate Judge

12