FILED
IN OPEN COURT

FEB - 5 2014

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.           )<br>)<br>ROBERT S. KANLI,       )<br>  also known as Robert S. Martin, )<br>    Defendant. ) | CRIMINAL NO.  1:14CR35<br><br>Count 1:   18 U.S.C. § 875 ( c )<br>(Foreign Threatening Communications) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about September 14, 2013 and on or about September 16, 2013, the defendant, Robert S. Kanli, also known as Robert S. Martin, a United States citizen living abroad and first brought to the Eastern District of Virginia, did knowingly and willfully transmit in foreign commerce from his personal email account kanli.robert@gmail.com in the Republic of Kosovo, to the United States Embassy in Pristina, Kosovo, Consular Section mailbox at consularPristina@state.gov (an email address that is monitored by a Consular Officer in Skopje, Macedonia, who regularly travels to Pristina, Kosovo, to conduct consular business, such as passport application interviews) communications containing threats to injure said Consular Officer, including on September 15, 2013, "I'M GOING TO MURDER YOU IF IT'S THE LAST THING I DO."

(In violation of Title 18, United States Code, Section 875 (c).)

Dana J. Boente
Acting United States Attorney

*[signature]*

Ronald L. Walutes, Jr.
Assistant United States Attorney